## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 18-17266 |
| Greg A Ohme and<br>Nicole A Ohme,<br>        Debtors. | Chapter 13<br><br>Honorable Pamela S. Hollis |

### AGREED DEFAULT ORDER

THIS CAUSE coming on to be heard upon the Motion for Relief from Automatic Stay filed on behalf of Midland States Bank, (hereinafter referred to as "Movant"), a secured creditor or servicing agent for a secured creditor holding a lien on the Debtors' property commonly known as 210 E Union Street, Earlville, Illinois 60518 (hereinafter referred to as the "Property"), all parties having notice, the Court having jurisdiction and being fully advised:

IT IS HEREBY ORDERED:

1. The current post-petition arrearage, through February 28, 2019, is $4,923.69. The arrears include:

> $1,031.00 attorney fees and costs;
> 6 (September 2018 - February 2019) payments @ $784.67 = $4,708.02;
> Less funds in Debtors' suspense account in the approximate amount of $15.33; and
> Less funds received from Debtors on January 17, 2019 in the amount of $800.00.

2. Debtors shall tender the sum of $3,892.69 on or before February 28, 2019 to partially cure the arrears of $4,923.69 through February 28, 2019.

3. In addition to making the regular post-petition payments timely, the Debtors shall cure the remaining arrears of $1,031.00, by making the following monthly payments directly to Midland States Bank:

> $171.83 on or before March 15, 2019;
> $171.83 on or before April 15, 2019;
> $171.83 on or before May 15, 2019;
> $171.83 on or before June 15, 2019;
> $171.83 on or before July 15, 2019; and
> $171.85 on or before August 15, 2019.

4. If the Debtors fail to timely pay two or more (i) regular monthly payments increased or decreased as necessary to reflect changes in variable interest rates, escrow requirements, collection costs, or similar matters; (ii) plan payments to the Chapter 13 Trustee; (iii) payments for property insurance and/or general real estate taxes; or (iv) Debtors fail to cure the arrears pursuant to paragraph 2 or 3 above, then the Debtors shall be deemed to be in default. Upon Movant's notice of the default to the Debtors and the Debtors' attorney, the Debtors shall have fourteen (14) days from the date the Notice of Default is

filed, to cure the default. If the default is not cured within fourteen (14) days from the date the Notice of Default is filed, the automatic stay shall be terminated as to the Property upon Movant filing a Notice of Lifting with the Court. The filing of a Notice of Lifting shall have the legal effect of modifying the automatic stay without further order of the Court.

5. The Debtors may avail themselves of the cure provision set forth in paragraph 2, 3 or 4 above a total of two (2) times. In the event of a third (3rd) default, Movant may file a Notice of Lifting with the Court, and the automatic stay will automatically modify without further Order as Debtors will no longer have the right to cure thereunder.

6. The Proof of Claim heretofore submitted by Movant shall stand unaffected and payments made thereunder shall be paid to Movant unless a Notice of Default and Notice of Lifting are presented to the Trustee and filed with the Bankruptcy Court.

7. If the Debtors' Bankruptcy case is dismissed or converted to another Chapter, this agreed repayment order shall be void.

8. In the event that Heavner, Beyers & Mihlar, LLC should have to send out any Notices of Default, the Debtors shall pay an extra $100.00 per notice, as additional attorneys' fees, in addition to whatever funds are needed to cure the default and that said additional funds must be tendered prior to the expiration of the cure period as set-forth in the Notice.

AGREED:

| Midland States Bank | Greg A Ohme and Nicole A Ohme |
|---|---|
| /s/ Amanda J. Wiese | |
| Amanda J. Wiese | David M Siegel, their attorney |
| one of its attorneys | |

DATED: 15 FEB 2019

ENTER:

Bankruptcy Judge

FAIQ MIHLAR (#6274089)
HEATHER M. GIANNINO (#6299848)
AMANDA J. WIESE (#6320552)
CHERYL CONSIDINE (#6242779)
SEAN D. JORDAN (#6307449)
HEAVNER, BEYERS & MIHLAR, LLC
Attorneys at Law
P.O. Box 740
Decatur, IL 62525
Email: bkdept@hsbattys.com
Telephone: (217) 422-1719
Facsimile: (217) 422-1754