UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re:<br>Greg A. Ohme and<br>Nicole A. Ohme,<br>          Debtors. | Case No. 18-17266<br>Honorable Pamela S. Hollis<br>Chapter 13 |

## NOTICE OF MOTION

To:

Greg A. Ohme and Nicole A. Ohme
210 E. Union St.
Earlville, IL 60518
Via U.S. Mail
    Debtors.

David M. Siegel
David M. Siegel & Associates
790 Chaddick Drive
Wheeling, IL 60090
Via Court Electronic Notification

See Attached Service List
Via U.S. Mail.

Glenn Stearns
Chapter 13 Trustee
801 Warrenville Road
Suite 650
Lisle, IL  60532
Via Court Electronic Notification

United States Trustee
Via Court Electronic Notification

**PLEASE TAKE NOTICE** that on the 22nd day of November, 2019 at 10:45a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Pamela S. Hollis in the Joliet City Hall in the 150 West Jefferson Street, 2nd Floor, Joliet, Illinois 60432, or before any other Bankruptcy Judge who may be presiding in said Judge's place and stead, and shall then and there move the Court for the entry of an order in accordance with the attached motion at which time you may appear if you so desire.

/s/ James M. Philbrick

## CERTIFICATE OF SERVICE

I, James M. Philbrick, an attorney, certify that I personally served the above and foregoing notice and motion on the above parties by Court Electronic Notification and by depositing the same in the U.S. Mail on the 11th day of November , 2019, before the hour of 5:00 p.m. from the U.S. Post Office, Mundelein, Illinois 60060.

/s/ James M. Philbrick

James M. Philbrick
Attorney No. 6244743
Law Offices of James M. Philbrick
P.O. Box 351
Mundelein, Illinois 60060
847/949-5290
Fax: 847/949-5690
jamesphilbrick@comcast.net

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 18-17266 |
| Greg A. Ohme   and | |
| Nicole A. Ohme | Honorable Pamela S. Hollis |
| Debtors. | Chapter 13 |

## MOTION TO COMPEL ABANDONMENT AND MOTION TO MODIFY STAY

NOW COMES Ally Financial, by and through its attorney, JAMES M. PHILBRICK, of THE LAW OFFICES OF JAMES M. PHILBRICK, and as and for its Motion to Modify Stay, states as follows:

1. That Ally Financial is a creditor-claimant of the Debtors and brings this motion pursuant to 11 U.S.C. §554 and §362(d).

2. That on or about October 6, 2016, the Debtors executed an agreement for an interest in one 2014 CHEVROLET TRAVERSE, VIN 1GNKVGKD2EJ306046.

3. That Ally Financial has a properly perfected interest in the collateral in accordance with the Illinois Motor Vehicle Act, and said lien was noted upon the Certificate of Title in connection with the aforesaid motor vehicle.

4. That on June 18, 2019, the Debtors filed a voluntary petition under Chapter 13 of Title 11 of the United States Code.

5. That the current payoff balance for the said vehicle is approximately $23,535.31.

6. That the current retail value for the said vehicle is approximately $15,975.00.

7. That the Debtors have no appreciable equity in the said vehicle.

8. That the Debtors are to be the disbursing agent for payments to Ally Financial. That the Debtors' installment payments are $578.54 a month, and the debtor has defaulted in making installment payments for the months of January through November 2019, for a total default of $7,002.10, which amount includes attorney fees and costs of $681.00.

9. That the Debtors have not provided Ally Financial with proof of full coverage insurance on the said vehicle and, therefore, Ally Financial request notice of the motion to abandon be shortened by the time served pursuant to rule 9006(c) of the Federal Rules of Bankruptcy Procedure.

10. That the vehicle is not necessary for an effective reorganization.

11. That Ally Financial's collateral is a depreciating asset.

12. That Ally Financial lacks adequate protection in its collateral, and therefore should be allowed to immediately enforce and implement any Order Modifying the Automatic Stay that this Honorable Court may enter, notwithstanding Federal Bankruptcy Rule 4001(a)(3).

13. That the aforesaid vehicle has no value to the Debtor's estate. That by virtue of the Debtors' confirmed plan the aforesaid vehicle remains property of the estate until the entry of a discharge order in this case.

WHEREFORE, Ally Financial prays this Honorable Court for the entry of the attached order modifying the automatic stay of 11 U.S.C. §362 so as to allow Ally Financial to take possession of one 2014 CHEVROLET TRAVERSE, VIN 1GNKVGKD2EJ306046, and to enforce its rights against the security in accordance with the agreement and/or applicable state laws; and to find that Federal Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is non-applicable and thus Ally Financial may immediately enforce and implement the attached Order Modifying the Automatic Stay; enter an order compelling the Debtors and the Debtor's estate to abandon the one 2014 CHEVROLET TRAVERSE, VIN 1GNKVGKD2EJ306046 and for such other and further relief as the Court may deem just and proper.

       Ally Financial

       By: /s/ James M. Philbrick
          One of its Attorneys

James M. Philbrick
Attorney No. 6244743
Law Offices of James M. Philbrick
P.O. Box 351
Mundelein, Illinois 60060
847/949-5290
Fax: 847/949-5690
jamesphilbrick@comcast.net