# REQUIRED STATEMENT
# TO ACCOMPANY ALL MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) **Greg A. Ohme** and **Nicole A. Ohme** Case No. 18-17266 Chapter **13**
All Cases: Name of Moving Creditor **Ally Financial** Date Case Filed **June 18, 2019**

Nature of Relief Sought: ☒ Lift Stay  ☐ Annul Stay  ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing ___ or Date Plan Confirmed **December 7, 2018**

Chapter 7:  ☐ No-Asset Report Filed on ___
            ☐ No-Asset Report not Filed, Date of Creditors Meeting ___

1. Collateral
   a. ☐ Home _____
   b. ☒ Car   Year, Make and Model **2014 CHEVROLET TRAVERSE VIN:1GNKVGKD2EJ306046**
   c. ☐ Other _____

2. Balance Owed as of Petition Date $ **23,535.31**
   Total of all other Liens against Collateral $ _____

3. Attach a payment history, or list the months post-petition for which full payment from the debtor was not Received: **January through November 2019**

4. Estimated Value of Collateral (must be supplied in all cases) $**15,975.00**

5. Default
   a. ☐ Pre-Petition Default
      Number of months ___          Amount $ ___
   b. Post-Petition Default
      ☒ On direct payments to the moving creditor
      Number of months **January through November 2019**    Amount $ **7,002.10, which amount includes attorney fees and costs of $681.00**
      ☐ On payments to the Standing Chapter 13 Trustee
      Number of months ___          Amount $ ___

6. Other Allegations
   a. ☒ Lack of Adequate Protection § 362 (d)(1)
      i. ☒ No insurance _____
      ii. ☐ Taxes unpaid _____      Amount $ ___
      iii. ☒ Rapidly depreciating asset _____
      iv. ☐ Other (describe) _____
   b. ☒ No Equity and not Necessary for an Effective Reorganization § 362 (d)(2)
   c. Other "Cause" § 362 (d)(1)
      i. ☐ Bad Faith _____
      ii. ☐ Multiple filings
      iii. ☐ Other (describe) _____
   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm  ii. ☐ Redeem  iii. ☐ Surrender  iv. ☐ No Statement of Intention Filed

Date: November 11, 2019                        /s/ James M. Philbrick
(Rev. 6/1/09)                                  Counsel for **Ally Financial**